by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., Appellant; CABCO AGENCY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

120 FIFTH AVENUE CORPORATION, Respondent, v. THE J. L. MOTT IRON WORKS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS MARKIN, Appellant, v. WILLIAM BAUMGARTEN CO., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. E. CONRAN CO., INC., Appellant, v. BRODSKY & KLOSK, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

L. C. WEBSTER & SON, INC., Respondent, v. SAMUEL J. WOOD and EVELYN L. WOOD, His Wife, Appellants.— Order modified by omitting requirement of a bond, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARMEN CAMBIAN, as Administratrix, etc., of GREGORY CAMBIAN, Deceased, Appellant, v. ALFRED N. RUZ and MARIE V. RUZ, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DELIA MURPHY, Appellant, v. MORGAN LAUNDRY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANDERSON BRICK & SUPPLY CO., INC., Respondent, v. BLANKE HOLDING CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARGARET FELDMAN v. UNITED STATES STEEL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

MAX SCHEUER, as Puissant Sovereign Grand Commander of and for the Supreme Council of Sovereign Grand Inspectors General of the Thirty-third and Last Degree, A. A. S. R. for the United States of America, etc., and Another, v. LEON M. ABBOT, as Most Puissant Sovereign Grand Commander, etc., and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN KELLER & SON, INC., v. THOMAS M. BEVANS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN KELLER & SON, INC., v. THOMAS M. BEVANS and Others.— Motion for